### NASH et al. v. COWART, administrator.

HILL, J. The allegations of the petition were insufficient to authorize the intervention of a court of equity. Civil Code (1910), § 4596; see *Spooner* v. *Bank of Donalsonville*, 159 *Ga.* 295 (125 S. E. 456), as to statement of the general rule. The judge did not err in refusing a temporary injunction.

*Judgment affirmed. All the Justices concur.*

No. 5146. MAY 13, 1926.

Petition for injunction. Before Judge Sheppard. Tattnall superior court. January 27, 1925.

*W. T. Burkhalter,* for plaintiffs.